**v.**

**UNITED STATES, Defendant–Appellee.**

No. 2011–1230.

United States Court of Appeals, Federal Circuit.

April 15, 2011.

---

*\* Circuit Judge Friedman, who passed away on July 6, 2011, did not participate in this decision.*

### ORDER

**In re UNITED STATES, Petitioner.**

**Misc. No. 908.**

United States Court of Appeals, Federal Circuit.

Aug. 3, 2011.

Before LOURIE, FRIEDMAN *, and GAJARSA **, Circuit Judges.

### ORDER

PER CURIAM.

The court has received a certified copy of the judgment from the Clerk of the Supreme Court of the United States in *United States v. Jicarilla Apache Nation,*

---

*\*\* Circuit Judge Gajarsa assumed senior status on July 31, 2011.*

— U.S. ——, 131 S.Ct. 2313, 180 L.Ed.2d 187 (2011).

The Supreme Court has remanded the case to this court for determination of whether the standards for granting the Government's petition for a writ of mandamus were met in this case. We find that they were not.

Accordingly,

IT IS ORDERED THAT:

(1) The Government's petition for a writ of mandamus is denied.

(2) This case is remanded to the Court of Federal Claims for determination of whether any statutes relevant and at issue in this matter impose fiduciary trust responsibilities on the Government on behalf of the Jicarilla Apache Nation.